# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AKSARBEN PROPERTY MANAGEMENT, LLC,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **GARY SORENSEN, and GSGC LEASING, LLC,** <br><br> **Defendant.** | **8:23CV151** <br><br> **ORDER** |

This matter is before the Court following a status conference held by telephone with counsel for the parties on February 20, 2024, during which counsel jointly notified the undersigned magistrate judge that they have settled their claims. Accordingly,

**IT IS ORDERED:**

1. On or before **March 21, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 20th day of February, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge